

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Levon Hovhannisyan DEFENDANT(S). | CASE NUMBER 09-1198M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __the defendant__, IT IS ORDERED that a detention hearing is set for __June 12__, __2009__, at __10:00__ ☑a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __341, Third Floor, 255 E. Temple Street, Los Angeles, CA - 90012__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal ☑
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/8/09__

U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)

Page 1 of 1